**LARKIN** et v **P U C**

Ohio Supreme Court

No 23194. Decided Jan 27, 1932

Marshall, CJ, Jones, Matthias, Day, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**